# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GODDARD SYSTEMS, INC.** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **LISA LEIGH OVERMAN** | : | No. 12-5368 |

## ORDER

    AND NOW, this 14th day of January, 2013, upon consideration of Defendant's motion to dismiss and the response thereto, for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the motion to dismiss (paper no. 7) is **DENIED.**

                                                  /s/ Norma L. Shapiro

                                                                         J.